# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARI FRIEDMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>LAC BASKETBALL CLUB, INC.,<br><br>Defendant. | No. CV13-00818 CBM (ANx)<br><br>CLASS ACTION<br><br>**ORDER RE: JOINT NOTICE OF CLASS SETTLEMENT; REQUEST TO VACATE PENDING DATES; REQUEST TO SET DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL [47]** |

UPON NOTICE by the Parties that this matter has reached an agreed upon class-wide settlement and good cause showing, the Court orders as follows:

1. All currently pending dates and hearings, including the February 24, 2014 hearing on Plaintiff's motion to certify class, are VACATED;

2. Plaintiff shall file his motion seeking preliminary approval of class action settlement on or before March 24, 2014.

IT IS SO ORDERED.

Date: January 22, 2014          By:_____
                                                Hon. United States District Judge

**1**
**ORDER**