UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 13-00818CBM | Date | July 8, 2014 |

Title: *Ari Friedman v. LAC Basketball Club, Inc.*

---

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

NONE PRESENT     NONE PRESENT

**Proceedings:** IN CHAMBERS- ORDER AND NOTICE TO ALL PARTIES
**ORDER RE: FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**

The matter before the Court is Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement. (Docket No. 64.) Notice of the proposed settlement was provided to the class members and a Fairness Hearing was held on June 30 2014. (Docket No. 69.) There were and are no objectors to the settlement and one class member has opted out of the settlement. (Docket No. 68.) Good cause showing, the Court hereby GRANTS Plaintiff's Motion and finds that the settlement is "fair, adequate and reasonable." *Laguna v. Coverall N. Am., Inc.*, 12-55479, 2014 WL 2465049 (9th Cir. 2014).

**IT IS SO ORDERED.**